UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SONJI MATTHEWS,

                Plaintiff,

**ORDER**

-against-

08 cv 698 (RJD)(LB)

ACS N. POWLEN, ACS-DLS LALETA
CARTWRIGHT, ANNE BELOX and SANDRA
SCHPOON,

                Defendants.
------------------------------------------------------------X

DEARIE, Chief Judge.

On May 4, 2009, this Court granted plaintiff 20 additional days to file objections to the Report & Recommendation issued by Magistrate Judge Bloom on April 1, 2009 (Dkt. No. 23). No objections were filed. The Court now adopts the Report & Recommendation in its entirety. Plaintiffs' claims against defendants Schpoon, Belox and Cartwright are accordingly dismissed without prejudice pursuant to Rule 4(m).

SO ORDERED.

Dated: Brooklyn, New York
       June ✓, 2009

                                        RAYMOND J. DEARIE
                                        United States District Judge